ALBERT B. GINS et al., Copartners Doing Business under the name of GINS AND MASSLER, Appellants, v. KATHERINE DUNHAM, Respondent, et al., Defend-

ants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.